1

2          **UNITED STATES DISTRICT COURT**

3          **EASTERN DISTRICT OF WASHINGTON**

4

5    ELIJAH STANFORD,                    )
                                         )
6              Plaintiff,                )
                                         )          NO.  CV-10-0035-JPH
7          vs.                           )
                                         )          **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                  )          **CIVIL CASE**
     Commissioner of Social Security,    )
9                                        )
               Defendant.                )
10                                       )
                                         )
11   _____)

12         **DECISION BY THE COURT:**

13         This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15         **IT IS ORDERED AND ADJUDGED** that:

16         Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18         DATED this 2 day of February, 2011.

19                                  JAMES R. LARSEN
                                    District Court Executive/Clerk
20

21

22                                  by:   s/Pamela A. Howard
                                              Deputy Clerk
23

24

25

26   cc: all counsel